No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Georgia
### Athens Division

THE UNITED STATES OF AMERICA

v.

David Matthew Tipple

## INDICTMENT

18 U.S.C. §922(a)(6)
18 U.S.C. §924(a)(2)

A true bill.

_Joy Bryant_

Foreperson

Filed in open court this 15th day,

of ____ A.D. 20 04

_Melinda White_

Deputy

Clerk

Bail. $ _____

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

UNITED STATES OF AMERICA :     CRIMINAL NO.: 3:04-CR-2-CAR

v. :

DAVID MATTHEW TIPPLE :

VIOLATION: 18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

**04M067**

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about February 14, 2000, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DAVID MATTHEW TIPPLE,**

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Rifle | Ruger | 77/22 | 70232750 |
| one (1) | Rifle | Ruger | 10/22 | 290-37054 |
| one (1) | Rifle | Ruger | 10/22 | 290-37136 |
| one (1) | Rifle | Ruger | 10/22 | 250-76199 |
| one (1) | Shotgun | Winchester | 1300 | L3365462 |
| one (1) | Shotgun | Winchester | 1300 | L3364965 |
| one (1) | Rifle | Ruger | 10/22 | 25063107 |
| one (1) | Rifle | Browning | A-bolt | 04690MM351 |
| one (1) | Rifle | Browning | A-bolt | 05971MM351 |
| one (1) | Shotgun | Winchester | 1300 | L3365477 |
| one (1) | Shotgun | Winchester | 1300 | L3321617 |
| one (1) | Rifle | Weatherby | LtWt | A5002102 |
| one (1) | Rifle | Winchester | 70 | G2236217 |
| one (1) | Rifle | Ruger | 77/22 | 702-34347 |
| one (1) | Rifle | Ruger | 10/22 | 251-22033 |
| one (1) | Rifle | Ruger | 10/22 | 251-21590 |
| one (1) | Rifle | Ruger | 10/22 | 251-21591 |
| one (1) | Rifle | Ruger | Mini14 | 19599354 |
| one (1) | Rifle | Ruger | 77 | 786-95305 |
| one (1) | Rifle | Ruger | 77 | 786-95181 |

| one (1) | Rifle | Ruger | 77 | 786-91278 |
| one (1) | Rifle | Ruger | 77 | 787-14231 |
| one (1) | Rifle | Ruger | 10/22 | 250-97533 |
| one (1) | Rifle | Ruger | 10/22 | 250-97310 |
| one (1) | Rifle | Ruger | 10/22 | 250-39944 |
| one (1) | Rifle | Ruger | 10/22 | 250-97311 |
| one (1) | Rifle | Ruger | 77 | 786-84620 |
| one (1) | Rifle | Ruger | 77/22 | 702-34366 |
| one (1) | Rifle | Ruger | Mini14 | 195-97026 |
| one (1) | Rifle | Ruger | 10/22 | 251-21182 |
| one (1) | Rifle | Ruger | 10/22 | 250-76375 |
| one (1) | Rifle | Ruger | 10/22 | 250-76212 |
| one (1) | Rifle | Ruger | 10/22 | 251-21540 |
| one (1) | Rifle | Ruger | 10/22 | 251-22011 |
| one (1) | Rifle | Ruger | 10/22 | 251-20828 |
| one (1) | Rifle | Ruger | 10/22 | 251-20870 |
| one (1) | Rifle | Ruger | 10/22 | 251-21252 |
| one (1) | Rifle | Ruger | 10/22 | 251-21255 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false

and fictitious written statement to an employee of Franklin's of Athens, Inc., which

statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact

material to the lawfulness of such sale and acquisition of said firearms to the Defendant

under Chapter 44 of Title 18 in that Defendant represented that he was a resident of

Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia

so that the firearms could not be sold to Defendant; all in violation of Title 18, United States

Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWO

That on or about August 14, 2000, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Rifle | Weatherby | MarkV | AB003204 |
| one (1) | Rifle | Weatherby | MarkV | AB006817 |
| one (1) | Rifle | Weatherby | MarkV | AB067427 |
| one (1) | Rifle | Weatherby | MarkV | A9892299 |
| one (1) | Rifle | Ruger | 10/22RP | 25122774 |
| one (1) | Rifle | Ruger | 10/22RB | 24995430 |
| one (1) | Rifle | Remington | 700 | E6606154 |
| one (1) | Shotgun | Winchester | 1300 | L3408801 |
| one (1) | Rifle | Remington | 7 | S7621630 |
| one (1) | Rifle | Ruger | 10/22 | 25045464 |
| one (1) | Rifle | Remington | 7 | S7612504 |
| one (1) | Rifle | Browning | A-bolt | 84209NX7C7 |
| one (1) | Rifle | Browning | A-bolt | 23505MM351 |
| one (1) | Rifle | Ruger | 10/22RP | 25122728 |
| one (1) | Rifle | Ruger | 10/22RP | 25122382 |
| one (1) | Rifle | Ruger | 10/22RP | 25122640 |
| one (1) | Rifle | Browning | A-bolt | 86485PR217 |
| one (1) | Rifle | Browning | A-bolt | 86007PR217 |
| one (1) | Rifle | Ruger | 10/22 | 25087450 |
| one (1) | Rifle | Ruger | 77/22 | 70239776 |
| one (1) | Rifle | Browning | A-bolt | 86079NT8C7 |
| one (1) | Rifle | Remington | 700 | C6455385 |
| one (1) | Rifle | Winchester | 70 | G2227679 |
| one (1) | Rifle | Winchester | 70 | G2033792 |
| one (1) | Rifle | Ruger | PC9 | 47013277 |
| one (1) | Rifle | Remington | 7 | 57625847 |
| one (1) | Rifle | Remington | 7 | 57625981 |
| one (1) | Shotgun | Winchester | 1300 | L3408897 |
| one (1) | Shotgun | Winchester | 1300 | L3417067 |
| one (1) | Rifle | Winchester | 70 | G318183 |
| one (1) | Shotgun | Winchester | 1300 | L3409911 |
| one (1) | Rifle | Remington | 700 | E6638803 |
| one (1) | Rifle | Ruger | 77 | 78711687 |
| one (1) | Rifle | Ruger | 77 | 78648754 |
| one (1) | Rifle | Browning | A-bolt | 05975MM351 |
| one (1) | Rifle | Ruger | 10/22 | 25109028 |
| one (1) | Rifle | Ruger | 10/22 | 25097182 |
| one (1) | Rifle | Ruger | 10/22 | 25109038 |
| one (1) | Rifle | Ruger | 77 | 78278713 |
| one (1) | Rifle | Ruger | 77 | 78713274 |
| one (1) | Rifle | Browning | A-bolt | 03678NN351 |

| one (1) | Rifle | Ruger | 10/22 | 25104123 |
|---|---|---|---|---|
| one (1) | Rifle | Ruger | 10/22 | 25109029 |
| one (1) | Rifle | Winchester | 1300 | L3383493 |
| one (1) | Rifle | Remington | 700 | S6214237 |
| one (1) | Rifle | Browning | A-bolt | 75201NT8C7 |
| one (1) | Rifle | Browning | BAR | 107NV22745 |
| one (1) | Rifle | Browning | A-bolt | 31545MM351 |
| one (1) | Rifle | Browning | A-bolt | 31418MM351 |
| one (1) | Rifle | Remington | 700 | E6614200 |
| one (1) | Rifle | Ruger | 77 | 78711893 |
| one (1) | Rifle | Ruger | K10/22 | 24861208 |
| one (1) | Rifle | Winchester | 70 | G2286267 |
| one (1) | Rifle | Winchester | 70 | G320935 |
| one (1) | Rifle | Ruger | Mini 14 | 19500833 |
| one (1) | Rifle | Browning | BAR | 41532M70 |
| one (1) | Rifle | Remington | 7 | S7616175 |
| one (1) | Rifle | Browning | A-bolt | 94150NY7C7 |
| one (1) | Rifle | Browning | A-bolt | 59412NM7C7 |
| one (1) | Rifle | Browning | A-bolt | 23850MM351 |
| one (1) | Rifle | Browning | A-bolt | 20165MM351 |
| one (1) | Rifle | Magtech | 70/22 | E0648460 |
| one (1) | Rifle | Remington | 700 | E6569332 |
| one (1) | Rifle | Browning | BAR | 311MM14925 |
| one (1) | Rifle | Ruger | 10/22 | 29036496 |
| one (1) | Rifle | Ruger | 10/22 | 29035110 |
| one (1) | Rifle | Ruger | K10/22 | 25119048 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false

and fictitious written statement to an employee of Franklin's of Athens, Inc., which

statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact

material to the lawfulness of such sale and acquisition of said firearms to the Defendant

under Chapter 44 of Title 18 in that Defendant represented that he was a resident of

Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia

so that the firearms could not be sold to Defendant; all in violation of Title 18, United States

Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

That on or about March 4, 2001, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

|        | Firearm Type | Manufacturer | Model | Serial Number |
|--------|--------------|--------------|-------|---------------|
| one (1) | Rifle | Ruger | 1022 | 25185060 |
| one (1) | Rifle | Ruger | 1022 | 25184989 |
| one (1) | Rifle | Ruger | 1022 | 25184226 |
| one (1) | Rifle | Ruger | 1022 | 25185058 |
| one (1) | Rifle | Ruger | 1022 | 25157738 |
| one (1) | Rifle | Ruger | 1022 | 25183092 |
| one (1) | Rifle | Ruger | 1022 | 25182922 |
| one (1) | Rifle | Ruger | 1022 | 25208855 |
| one (1) | Shotgun | Beretta | 391 | AA102694 |
| one (1) | Shotgun | Beretta | 391 | AA092006 |
| one (1) | Shotgun | Remington | 1187 | PC701752 |
| one (1) | Shotgun | Remington | 1187 | PC717133 |
| one (1) | Rifle | Ruger | 1022 | 25208496 |
| one (1) | Rifle | Ruger | 1022 | 25208876 |
| one (1) | Rifle | Ruger | 1022 | 25208979 |
| one (1) | Rifle | Ruger | 1022 | 25208737 |
| one (1) | Rifle | Ruger | 1022 | 25068839 |
| one (1) | Rifle | Ruger | 77 | 74012361 |
| one (1) | Rifle | Browning | BAR | 311MM26072 |
| one (1) | Shotgun | Winchester | 1300 | L3414313 |
| one (1) | Rifle | Ruger | 1022 | 25068891 |
| one (1) | Rifle | Ruger | 1022 | 25068894 |
| one (1) | Rifle | Ruger | 1022 | 25181937 |
| one (1) | Rifle | Ruger | 1022 | 25183100 |
| one (1) | Rifle | Ruger | 77 | 78809958 |
| one (1) | Rifle | Ruger | 77 | 78809332 |
| one (1) | Rifle | Ruger | 77 | 78809204 |
| one (1) | Rifle | Ruger | 77 | 78809702 |
| one (1) | Rifle | Ruger | 77 | 78823037 |
| one (1) | Rifle | Ruger | 77 | 78823773 |
| one (1) | Rifle | Ruger | 77 | 70245818 |
| one (1) | Rifle | Ruger | 77 | 72059448 |

| one (1) | Rifle | Ruger | 77 | 78816965 |
|---------|-------|-------|------|-----------|
| one (1) | Rifle | Ruger | 77 | 78816927 |
| one (1) | Rifle | Ruger | 77 | 78816951 |
| one (1) | Rifle | Ruger | 77 | 78816816 |
| one (1) | Rifle | Ruger | 1022 | 25157720 |
| one (1) | Rifle | Ruger | 1022 | 25158058 |
| one (1) | Rifle | Ruger | 1022 | 25129307 |
| one (1) | Rifle | Ruger | 1022 | 25157591 |
| one (1) | Rifle | Ruger | 9944 | 63006538 |
| one (1) | Shotgun | Winchester | 1306 | L3347113 |
| one (1) | Shotgun | Winchester | 1306 | L3387400 |
| one (1) | Rifle | Browning | BAR | 311MM32799 |
| one (1) | Shotgun | Remington | 1100 | R184881V |
| one (1) | Shotgun | Remington | 1100 | R181550V |
| one (1) | Shotgun | Remington | 1100 | R181503V |
| one (1) | Rifle | Remington | 700 | E6200987 |
| one (1) | Shotgun | Winchester | 120 | L1611580 |
| one (1) | Shotgun | Winchester | 120 | L1830879 |
| one (1) | Rifle | Ruger | 77 | 78824273 |
| one (1) | Rifle | Ruger | 77 | 78824675 |
| one (1) | Shotgun | Beretta | 391 | AA103509 |
| one (1) | Shotgun | Beretta | ES100 | E0174200 |
| one (1) | Shotgun | Beretta | ES100 | E0241200 |
| one (1) | Shotgun | Beretta | 391 | AA102322 |
| one (1) | Shotgun | Beretta | 391 | AA102518 |
| one (1) | Shotgun | Beretta | 391 | AA088873 |
| one (1) | Shotgun | Beretta | 391 | AA105658 |
| one (1) | Shotgun | Benelli | NOVA | 2083359 |
| one (1) | Shotgun | Benelli | NOVA | 2083350 |
| one (1) | Rifle | Ruger | 77 | 78692888 |
| one (1) | Rifle | Ruger | 77 | 78592441 |
| one (1) | Shotgun | Remington | 1100 | R092111V |
| one (1) | Shotgun | Mossberg | 500 | L857586 |
| one (1) | Shotgun | Maverick | 88 | MV05719H |
| one (1) | Shotgun | Mossberg | 500 | L045990 |
| one (1) | Rifle | Remington | Seven | S7635913 |
| one (1) | Shotgun | Remington | 1187 | PC427282 |
| one (1) | Shotgun | Remington | 1187 | PC517226 |
| one (1) | Shotgun | Remington | 1187 | PC514828 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false

and fictitious written statement to an employee of Franklin's of Athens, Inc., which

statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT FOUR

That on or about August 7, 2001, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

|  | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Rifle | Marlin | 1894 | 20024412 |
| one (1) | Shotgun | Beretta | BL-5 | P01535 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

That on or about August 9, 2001, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Shotgun | Ithaca | 500 | CF545275 |
| one (1) | Rifle | Remington | 03-A3 | 3451447 |
| one (1) | Rifle | Darker Hale | BA | Z-59702 |
| one (1) | Shotgun | Browning | BPS | 30994PM152 |
| one (1) | Rifle | J.C. Higgins | 30 | NSN |
| one (1) | Shotgun | Ithaca | 300 | 55609007 |
| one (1) | Rifle | Savage | 120A | NSN |
| one (1) | Rifle | Noere | Blk Forrst | 534168 |
| one (1) | Rifle | Winchester | 70 | C71947618 |
| one (1) | Rifle | Ruger | M77 MKII | 787-91757 |
| one (1) | Rifle | Weatherby | ULWT | WB012536 |
| one (1) | Rifle | Ruger | 10/22 | 252-51232 |
| one (1) | Rifle | Browning | A-bolt | 13413MM351 |
| one (1) | Rifle | Ruger | 10/22 | 290-25718 |
| one (1) | Rifle | Ruger | MKII | 787-83851 |
| one (1) | Rifle | Ruger | MKII | 787-97533 |
| one (1) | Rifle | Ruger | KM77MK2 | 788-64322 |
| one (1) | Rifle | Ruger | 77/22 | 702-51098 |
| one (1) | Rifle | Ruger | 77MKII | 788-16810 |
| one (1) | Rifle | Ruger | 10/22 | 252-51202 |
| one (1) | Rifle | Ruger | 77/44 | 740-05762 |
| one (1) | Rifle | Ruger | 77MKII | 787-23857 |
| one (1) | Rifle | Remington | 700 | C6261251 |
| one (1) | Rifle | Weatherby | MKU | SB052213 |
| one (1) | Rifle | Ruger | 10/22 | 252-51151 |
| one (1) | Rifle | Ruger | 10/22 | 252-51176 |
| one (1) | Rifle | Ruger | 10/22 | 251-94805 |
| one (1) | Rifle | Ruger | 10/22 | 251-94520 |
| one (1) | Shotgun | Remington | SidexSide | 318270 |
| one (1) | Rifle | Mossberg | 740T | 1326223 |
| one (1) | Shotgun | Browning | Spec Stl | 6M67937 |
| one (1) | Rifle | Remington | 788 | B6100853 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>COUNT SIX</u>

That on or about November 10, 2001, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DAVID MATTHEW TIPPLE,**

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Pistol | Colt | COB | 0D113950 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN

That on or about November 14, 2001, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

|        | Firearm Type | Manufacturer | Model | Serial Number |
|--------|--------------|--------------|-------|---------------|
| one (1) | Rifle | Ruger  | 1022 | 25271740 |
| one (1) | Rifle | Ruger  | 1022 | 25245945 |
| one (1) | Rifle | Savage | 116  | F886500 |
| one (1) | Rifle | Savage | 110  | F049570 |
| one (1) | Rifle | Ruger  | 1022 | 25139462 |
| one (1) | Rifle | Ruger  | 1022 | 25131054 |
| one (1) | Rifle | Ruger  | 1022 | 25139464 |
| one (1) | Rifle | Ruger  | 1022 | 25131519 |
| one (1) | Rifle | Ruger  | 1022 | 25139458 |
| one (1) | Rifle | Ruger  | 1022 | 25138492 |
| one (1) | Rifle | Ruger  | 1022 | 25161346 |
| one (1) | Rifle | Ruger  | 1022 | 25131473 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT

That on or about February 13, 2002, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**DAVID MATTHEW TIPPLE,**

in connection with his acquisition of firearms, to-wit:

|  | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Rifle | Browning | BAR | 311MZ07930 |
| one (1) | Rifle | Browning | BAR | 311MZ09215 |
| one (1) | Rifle | Browning | BAR | 311MZ02874 |
| one (1) | Rifle | Browning | AB | 10959MZ351 |
| one (1) | Rifle | Ruger | 10/22 | 25220495 |
| one (1) | Rifle | Ruger | 10/22 | 25220438 |
| one (1) | Rifle | Ruger | 10/22 | 25220825 |
| one (1) | Rifle | Ruger | 10/22 | 25220807 |
| one (1) | Rifle | Ruger | 10/22 | 25220445 |
| one (1) | Rifle | Ruger | 10/22 | 25220443 |
| one (1) | Rifle | Ruger | 10/22 | 25220821 |
| one (1) | Rifle | Ruger | 10/22 | 25220826 |
| one (1) | Rifle | Ruger | 10/22 | 29025743 |
| one (1) | Rifle | Ruger | mini 30 | 19679985 |
| one (1) | Rifle | Ruger | mini 30 | 19679945 |
| one (1) | Rifle | Ruger | mini 14 | 19685903 |
| one (1) | Rifle | Ruger | KM77RFP8 | 78908226 |
| one (1) | Rifle | Ruger | KM77RFP | 78908213 |
| one (1) | Rifle | Marlin | 25FS | 00339395 |
| one (1) | Rifle | Marlin | 25FS | 00339384 |
| one (1) | Rifle | Ruger | KM77RFP | 78872662 |
| one (1) | Shotgun | Winchester | 1300 | L3483437 |
| one (1) | Shotgun | Mossberg | 88 | MV10722H |
| one (1) | Shotgun | Mossberg | 500 | P236664 |
| one (1) | Shotgun | Winchester | 1300 | L3502473 |
| one (1) | Shotgun | Winchester | 1300 | L3502438 |
| one (1) | Rifle | Ruger | 10/22 | 25220435 |
| one (1) | Rifle | Ruger | 10/22 | 25220823 |
| one (1) | Rifle | Ruger | 10/22 | 25220831 |
| one (1) | Rifle | Ruger | 10/22 | 25220846 |
| one (1) | Rifle | Ruger | 10/22 | 25220829 |
| one (1) | Rifle | Ruger | 10/22 | 25220847 |
| one (1) | Shotgun | Winchester | 1300 | L3502083 |
| one (1) | Shotgun | Winchester | 1300 | L3497725 |
| one (1) | Rifle | Weatherby | ACCU | AB006929 |
| one (1) | Rifle | Weatherby | ACCU | WB015569 |
| one (1) | Rifle | Browning | ABolt | 10956MZ351 |
| one (1) | Rifle | Browning | ABolt | 70410MY351 |

| | | | | |
|---|---|---|---|---|
| one (1) | Rifle | Browning | ABolt | 70402MY351 |
| one (1) | Shotgun | Winchester | 1300 | L3499572 |
| one (1) | Shotgun | Winchester | 1300 | L3499739 |
| one (1) | Shotgun | Winchester | 1300 | L3499688 |
| one (1) | Shotgun | Winchester | 1300 | L3494073 |
| one (1) | Shotgun | Winchester | 1300 | L3498753 |
| one (1) | Rifle | Ruger | 10/22 | 25220428 |
| one (1) | Rifle | Ruger | 10/22 | 25220822 |
| one (1) | Rifle | Ruger | 10/22 | 25220798 |
| one (1) | Rifle | Ruger | 10/22 | 25272670 |
| one (1) | Rifle | Marlin | 25FS | 00352668 |
| one (1) | Rifle | Marlin | 83TS | 99371108 |
| one (1) | Rifle | Marlin | 25MNK | 98611002 |
| one (1) | Rifle | Ruger | 10/22 | 25272830 |
| one (1) | Rifle | Ruger | 10/22 | 25305441 |
| one (1) | Rifle | Ruger | 10/22 | 25258968 |
| one (1) | Rifle | Ruger | 10/22 | 25305533 |
| one (1) | Rifle | Ruger | 10/22 | 25220510 |
| one (1) | Rifle | Ruger | 10/22 | 25305420 |
| one (1) | Rifle | Ruger | 10/22 | 25307695 |
| one (1) | Rifle | Ruger | KM77RFP | 78872708 |
| one (1) | Rifle | Ruger | KM77RFP | 78827744 |
| one (1) | Rifle | Ruger | KM77RFP | 78908066 |
| one (1) | Rifle | Ruger | mini 14 | 19686075 |
| one (1) | Rifle | Ruger | mini 30 | 19679734 |
| one (1) | Shotgun | Winchester | 1300 | L3502040 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE

That on or about March 29, 2002, in the Athens Division of the Middle District of

Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

### DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Shotgun | Mossberg | 88 | MV11841H |
| one (1) | Shotgun | Mossberg | MI | MV10731H |
| one (1) | Shotgun | Benelli | 88 | N053867 |
| one (1) | Shotgun | Mossberg | 88 | P587567 |
| one (1) | Shotgun | Mossberg | 88 | MV10896H |
| one (1) | Shotgun | Mossberg | 88 | MV10741H |
| one (1) | Shotgun | Mossberg | 88 | MV10680H |
| one (1) | Shotgun | Mossberg | 88 | MV11058H |
| one (1) | Shotgun | Mossberg | 88 | MV11059H |
| one (1) | Shotgun | Mossberg | 88 | MV10687H |
| one (1) | Rifle | Ruger | 10/22 | 29023141 |
| one (1) | Rifle | Ruger | KM77 | 78885046 |
| one (1) | Rifle | Ruger | 10/22 | 29027478 |
| one (1) | Rifle | Ruger | 10/22 | 29027429 |
| one (1) | Rifle | Ruger | 10/22 | 29028438 |
| one (1) | Rifle | Ruger | K77/22 | 70251335 |
| one (1) | Rifle | Ruger | K77/22 | 70256492 |
| one (1) | Rifle | Ruger | mini 14 | 19689268 |
| one (1) | Rifle | Ruger | M77 | 78701533 |
| one (1) | Rifle | Ruger | M77 | 78831409 |
| one (1) | Rifle | Weatherby | ULWT | WB021782 |

| | | | | |
|---|---|---|---|---|
| one (1) | Rifle | Browning | ABolt | 72433MY351 |
| one (1) | Rifle | Browning | ABolt | 72434MY351 |
| one (1) | Rifle | Winchester | 70 | G374743 |
| one (1) | Rifle | Winchester | 70 | G375663 |
| one (1) | Shotgun | Winchester | 1300 | L3500022 |
| one (1) | Shotgun | Remington | 870 | P200421M |
| one (1) | Shotgun | Remington | 870 | P200423M |
| one (1) | Shotgun | Mossberg | 800 | P588695 |
| one (1) | Rifle | Ruger | 10/22 | 25332365 |
| one (1) | Rifle | Ruger | 10/22 | 25332367 |
| one (1) | Rifle | Ruger | 10/22 | 25329929 |
| one (1) | Rifle | Ruger | 10/22 | 25309660 |
| one (1) | Rifle | Ruger | 10/22 | 25329932 |
| one (1) | Rifle | Ruger | 10/22 | 25314559 |
| one (1) | Rifle | Ruger | 10/22 | 25314723 |
| one (1) | Rifle | Ruger | 10/22 | 25332368 |
| one (1) | Rifle | Ruger | 10/22 | 25329944 |
| one (1) | Rifle | Ruger | 10/22 | 25350426 |
| one (1) | Rifle | Ruger | 10/22 | 25353252 |
| one (1) | Rifle | Ruger | 10/22 | 25353248 |
| one (1) | Rifle | Ruger | KM77 | 78916483 |
| one (1) | Rifle | Ruger | KM77 | 78883504 |
| one (1) | Rifle | Ruger | KM77 | 78883526 |
| one (1) | Rifle | Ruger | KM77 | 78916350 |
| one (1) | Rifle | Ruger | KM77 | 78917903 |
| one (1) | Rifle | Ruger | KM77 | 78852998 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false

and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TEN

That on or about August 12, 2002, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

## DAVID MATTHEW TIPPLE,

in connection with his acquisition of firearms, to-wit:

| | Firearm Type | Manufacturer | Model | Serial Number |
|---|---|---|---|---|
| one (1) | Rifle | Ruger | mini 14 | 79689198 |
| one (1) | Rifle | Browning | ABolt | 11658MY351 |
| one (1) | Rifle | Browning | ABolt | 09655MY351 |
| one (1) | Rifle | Ruger | M77 | 70269947 |
| one (1) | Rifle | Browning | ABolt | 03793MY351 |
| one (1) | Rifle | Browning | ABolt | 109690MZ2351 |
| one (1) | Shotgun | Benelli | M-1 | N053721 |
| one (1) | Rifle | Browning | ABolt | 72763MY351 |
| one (1) | Rifle | Browning | ABolt | H659MY341 |
| one (1) | Rifle | Browning | BLR | 01904MY341 |
| one (1) | Rifle | Ruger | mini 14 | 19708274 |
| one (1) | Rifle | Ruger | mini 14 | 19684121 |
| one (1) | Rifle | Browning | Auto 22 | 01399MZ212 |
| one (1) | Rifle | Weatherby | MKV | SB073116 |
| one (1) | Rifle | Browning | BLR | 05536M2341 |
| one (1) | Rifle | Browning | ABolt | 70576MY351 |
| one (1) | Rifle | Winchester | 70 | G375221 |
| one (1) | Rifle | Browning | ABolt | 26052M2351 |
| one (1) | Rifle | Browning | ABolt | 03794MY351 |

| one (1) | Rifle | Browning | ABolt | 26058M2351 |
|---------|-------|----------|-------|------------|
| one (1) | Rifle | Browning | ABolt | 72067MY351 |
| one (1) | Rifle | Browning | ABolt | 70749MY351 |
| one (1) | Rifle | Ruger | 10/22 | 25368486 |
| one (1) | Rifle | Ruger | 10/22 | 25389901 |
| one (1) | Rifle | Ruger | 10/22 | 25353279 |
| one (1) | Rifle | Ruger | 10/22 | 25368487 |
| one (1) | Rifle | Ruger | 10/22 | 24929134 |
| one (1) | Rifle | Ruger | mini 14 | 19697019 |
| one (1) | Rifle | Weatherby | Accoma | SB049593 |

from Franklin's of Athens, Inc., Bogart, Georgia, a licensed dealer, knowingly made a false and fictitious written statement to an employee of Franklin's of Athens, Inc., which statement was likely to deceive said employee of Franklin's of Athens, Inc., as to a fact material to the lawfulness of such sale and acquisition of said firearms to the Defendant under Chapter 44 of Title 18 in that Defendant represented that he was a resident of Georgia when, in fact, as the Defendant then well knew, he was not a resident of Georgia so that the firearms could not be sold to Defendant; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

_____
FOREMAN OF THE GRAND JURY

PRESENTED BY:

_____
JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.:** |
| v. | : | |
| | : | **VIOLATION:** 18 U.S.C. § 922(a)(6) |
| **DAVID MATTHEW TIPPLE** | : | 18 U.S.C. § 924(a)(2) |

## P L E A

I, **DAVID MATTHEW TIPPLE**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _____ this \_\_\_\_ day of _____, 2004.

_____
DAVID MATTHEW TIPPLE
DEFENDANT

_____
ATTORNEY FOR DEFENDANT

_____
JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

VS.

DAVID MATTHEW TIPPLE

Defendant

:
:
:
:
:
:
:
:

# 04M067

CASE NO. 3:04-CR-2-CAR

# WARRANT FOR ARREST

To:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF GEORGIA
AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest DAVID MATTHEW TIPPLE and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

[X] Indictment          [ ] Information          [ ] Complaint          [ ] Order of Court

[ ] Violation Notice          [ ] Probation Violation Petition

charging him/her with False statements to firearms dealer in violation of Title 18 United States Code, Section(s) 922(a)(6) & 18:924(a)(2).

Dated at Macon, Georgia, this 16th day of January, 2004.
WITNESS THE HONORABLE JUDGES OF THIS COURT.

GREGORY J. LEONARD, CLERK

BY: _____
Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

### INDICTMENT COVER AND INFORMATION SHEET

SEALED ☐   UNSEALED ☒

UNITED STATES OF AMERICA

vs.

CRIMINAL NO. 3:04-CR-2-CAR

COUNTY: CLARKE

DAVID MATTHEW TIPPLE

Return Date: _____     AUSA: TAMARA A. JARRETT
Agency: ATF                      Agent: AMY MICHALIK

OCDETF Case   ☐ YES  ☒ NO  IF YES, OCDETF CASE NO. _____

A.   Clerk Issue:        Summons ☐        Warrant ☒

NOTE:   ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA,
ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARRESTS WARRANTS,
WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY.
ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN
THEM FROM THE U.S. MARSHAL'S OFFICE.

B.   Warrant(s) to be executed by:

U.S. Marshal ☒   Other ☐   Specify: _____

C.   Information for arresting officer:
1.   Are state or local charges pending on this defendant for the same offense
charged in this indictment?

☐ YES   ☐ NO   ☒ UNKNOWN

If yes, was defendant previously arrested on the state and local charges for the
same offense?

☐ YES   ☐ NO   ☒ UNKNOWN

If yes, is defendant still in custody?

☐ YES   ☐ NO   ☒ UNKNOWN

If yes, where is defendant incarcerated? _____
DEFENDANT CURRENTLY INCARCERATED AT CIBOLA COUNTY CI IN
NEW MEXICO (USM# 21327-112).

2.   Attorney for defendant (if any):
Name: _____
Address: _____
Telephone: _____

D.   Assistant United States Attorney's recommendation for bond:
Amount:    $ detain _____

E.  Has a court appearance been scheduled:
    If yes, date and time: _____

F.  Identifying data of defendant:
    Sex:        **Male**              Height:    **6'**
    Race:       **White**             Weight:    **200**
    DOB:        **10/22/1955**        Hair:      _____
    SSN:        _____               Eyes:      _____
    State ID:   _____               FBI #:     _____

    History of violence?          ☐ YES    ☐ NO    ☒ UNKNOWN

    History of mental problems:   ☐ YES    ☐ NO    ☒ UNKNOWN

    History of medical problems?  ☐ YES    ☐ NO    ☒ UNKNOWN
        If yes, what type of medical? _____
    Last known address: <u>Cibola County CI, 2000 Cibola Loop</u>
                        <u>Milan, NM</u>

G.  Action requested from U.S. Marshal's Service:

    ☒   Request USMS make **NCIC** entry

    ☐   Refer apprehension responsibility to USMS

    ☒   Request joint apprehension

    ☐   Agency will arrest **without** USMS assistance

    ☐   Voluntary surrender in lieu of arrest (All coordination **must** be accomplished
        through the Marshal's Service)


_Jennifer Kolman for_ _____        1/14/04
TAMARA A. JARRETT, AUSA                               DATE

Distribution:

☐ U.S. Attorney

☐ Deputy Clerk (Criminal)

☒ U.S. Marshal

☐ U.S. Magistrate

☒ U.S. Probation

☐ Other