UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE W. DANIEL SCHNEIDER

DEFENDANTS:   TYPE OF HEARING: Initial Presentment

David Matthew Tipple   CASE NO.  04 M 67

DATE & TIME  2/9/04 at 9:30 am

INTERPRETER

PTS/PROB OFFICER  Andrew Selph   CLERK:   M Kokesh

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA   Bill Pflugrath   DEFENSE   Pro Se

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| WDS 04-04 | | | |
| #685 | Ct | | |
| | Deft | | |
| | Pltf | | |
| #764 | Ct | | |
| | | | |
| | | | |

**DATE OF ARREST:**  2/6/04

**HEARING RESULTS/FINDINGS:  Govt files motion for detention hearing; detention/R40 ID hearing set  2/10/04 at 9:30 am , Court to appoint atty if deft eligible, directs deft to fill out financial afdt.**