# United States District Court

## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

SALINA MARYA GREEN

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 03-574 WJ

Upon motion of the <u>Government</u>, it is ORDERED that a detention hearing is set for **Tuesday, February 10, 2004 at 9:30 am** before the Honorable W. Daniel Schneider, U. S. Magistrate Judge, at United States District Court, 333 Lomas Blvd, *Mimbres Courtroom,* Fourth Floor, Albuquerque, New Mexico.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:  February 9, 2004

_____
UNITED STATES MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18:U.S.C.3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.