IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**,

      Plaintiff,

  vs.                                CRIM. NO.
                                         MAGISTRATE NO. 04 m 67

**DAVID MATTHEW TIPPLE**,

      Defendant.

## **O R D E R**

The financial inability of the Defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

IT IS ORDERED that **Joseph Gandert,** of the Federal Public Defender Organization, District of New Mexico, is hereby appointed to represent said Defendant in this cause of action until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

## **N O T I C E**

A **Detention/R40 Identity Hearing** is set for **Tuesday, February 10, 2004 at 9:30 am**, before the Honorable **W. Daniel Schneider**, United States Magistrate Judge, Albuquerque, New Mexico.