UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE W. DANIEL SCHNEIDER

DEFENDANTS:                           TYPE OF HEARING: Detention/R5 Identity Hearing

 David Matthew Tipple                 CASE NO.  04m67

                                      DATE & TIME  2/10/04

                                      INTERPRETER

PTS OFFICER   Andrew Selph            CLERK:   M Kokesh

NAMES AND TITLES OF OTHER PARTICIPANTS:

AUSA  Jonathan Gerson              DEFENSE Joe Gandert, AFPD

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| WDS 04-04 |  |  |  |
| # 823 | Ct |  |  |
|  | Deft |  |  |
| #948 | Pltf |  |  |
| #983 | Ct |  |  |

**HEARING RESULTS/FINDINGS:**   Deft waives ID hearing, Court accepts waiver,

Detention: Court orders remand to custody of US Marshal to Middle District of Georgia